No. 76–1708. STERN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1709. ARTHUR YOUNG & CO. ET AL. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–1711. UNDERWOOD ET AL. v. LOUISIANA. 4th Jud. Dist. Ct. La., Ouachita Parish. Certiorari denied.

No. 76–1713. KENDALL v. BETHLEHEM STEEL CORP. C. A. 4th Cir. Certiorari denied.

No. 76–1715. SILETTI v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–1716. LIPSITZ ET AL. v. COSTELLO ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1717. CHICKASHA COTTON OIL CO. ET AL. v. CORPORATION COMMISSION OF OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied.

No. 76–1720. DALEY v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 76–1724. FEDERAL COMMUNICATIONS COMMISSION v. HOME BOX OFFICE, INC., ET AL.;
No. 76–1841. AMERICAN BROADCASTING COMPANIES, INC. v. HOME BOX OFFICE, INC., ET AL.; and
No. 76–1842. NATIONAL ASSOCIATION OF BROADCASTERS v. HOME BOX OFFICE, INC., ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 185 U. S. App. D. C. 142, 567 F. 2d 9.